# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRANDON GAUSE,

    Plaintiff,

v.                                             Case No: 8:18-cv-1726-JSM-AAS

MEDICAL BUSINESS CONSULTANTS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal with Prejudice (Dkt. 78). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2021.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record